Index # 08 CIV 2347
Purchased/Filed: March 6, 2008

## AFFIDAVIT OF SERVICE ON N.Y.S. SUPERINTENDENT OF INSURANCE

STATE OF NEW YORK     U. S. DISTRICT COURT     SOUTHERN DIST. COUNTY

Yonkers Racing Corporation     Plaintiff

vs

Arch Insurance Company     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY

____Christopher Warner____ being duly sworn, deposes and says that deponent is over the age of 18 years. That on the __12th__ day of __March, 2008__ at 1 Commerce Plaza, 20th Floor, in the City of Albany, State of New York, deponent served the __Summons in a Civil Action & Complaint__ in the above action upon __Arch Insurance Company__ the defendant named therein, by delivering to and leaving with __Patrick Harrigan__, authorized to accept on behalf of the Insurance Department of the State of New York. Deponent further says that at the time of making such service deponent paid to the Insurance Department the sum of $ __40.__, that being the lawful fee for such service.

Deponent further says, that deponent knew the person so served to be an Attorney for Superintendent of Insurance and a person authorized by law to accept service on behalf of the defendant.

Description of person served:

Approx. Age: __45yrs__   Weight: __170 Lbs__   Height: __5'10__   Sex: __Male__   Color of skin: __White__

Hair color: __Red__   Other: _____

Sworn to before me on this

13th day of March, 2008

_____     _____
NANCY L. GORDON                Christopher Warner
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

Invoice•Work Order # 0804774

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**