**ORIGINAL**

THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

YONKERS RACING CORPORATION,
a New York Corporation,

             Plaintiff,

vs.

ARCH INSURANCE COMPANY, a Missouri
Corporation,

             Defendant.

---------------------------------------x

Case No. 08 CV 2347 (WCC)
STIPULATION & ORDER
EXTENDING TIME
TO ANSWER

ECF Case

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that defendant Arch Insurance Company's time to answer and/or otherwise respond to the Complaint is hereby extended to May 16, 2008.

Dated: White Plains, New York
       May 6, 2008

BLEAKLEY PLATT & SCHMIDT, LLP

By: _____
VINCENT W. CROWE, ESQ.
*Attorneys for Plaintiff*
One North Lexington Avenue
P.O. Box 5056
White Plains, NY 10602-5056
(914) 949-2700

SMITH MAZURE DIRECTOR
WILKENS YOUNG & YAGERMAN

By: _____
JOEL SIMON, ESQ.
Attorneys for Defendant
111 John Street
New York, New York 10038
212 964 7400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SO ORDERED
Dated: May 9, 2008
       White Plains, NY

_William C. Conner_
Sr. U.S.D.J.

E-
COPIES MAILED TO COUNSEL OF RECORD