```
THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

YONKERS RACING CORPORATION, a New York
Corporation,                                    DISCLOSURE OF
                                                INTERESTED PARTIES
                    Plaintiff,
                                                Civil Action No.
            -against-                           08 CV2347 HON. WCC

ARCH INSURANCE COMPANY, a Missouri
Corporation,

                    Defendant.

------------------------------------X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held.

    1.  None.

Dated: New York, New York
       May 13, 2008

                        SMITH MAZURE DIRECTOR WILKINS
                        YOUNG & YAGERMAN, P.C.

           By: _____
               JOEL M. SIMON
               For the Firm (JMS 1077)
               Attorneys for Defendant
               ARCH INSURANCE COMPANY, a Missouri
               Corporation
               111 John Street, 20th Floor
               New York, New York 10038-3198
               (212) 964-7400
               Our File No. ARCH-00373/JMS

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing **DISCLOSURE OF INTERESTED PARTIES** was mailed by first class mail, postage prepaid, this May    , 2008, to all counsel of record as indicated on the service list below.

_____
JOEL M. SIMON (JMS-1077)
For the Firm

## SERVICE LIST

MANDELL MENKES, LLC
Attorney for Plaintiff
333 West Wacker Drive, Suite 300
Chicago, IL 60606
(312) 251-1000

Vincent Crowe
Daniel W. Morrison
BLEAKLEY PLATT & SCHMIDT
One North Lexington Avenue
White Plains, New York 10601
(914) 287-6147

*Civil Action No.* 08 CV2347 HON. WCC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
YONKERS RACING CORPORATION, a New York Corporation,

                                                    Plaintiff,

-against-

ARCH INSURANCE COMPANY, a Missouri Corporation,

                                                    Defendant.

----------------------------------------x

## DISCLOSURE OF INTERESTED PARTIES

SMITH MAZURE DIRECTOR WILKINS
YOUNG & YAGERMAN, P.C.
Attorneys for Defendant
ARCH INSURANCE COMPANY, a
Missouri Corporation
111 John Street, 20th Floor
New York, New York 10038-3198
(212) 964-7400
ARCH-00373/JMS

## CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. §130-1.1a

    hereby certifies that, pursuant to 22 N.Y.C.R.R. §130-1.1a, the foregoing is not frivolous nor frivolously presented.

Dated:    New York, New York

**PLEASE TAKE NOTICE**

☐    that the within is a true copy of a    entered in the office of the clerk of the within named Court on    .

☐    that a    of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court at    , on at 9:30 a.m.

SMITH MAZURE DIRECTOR WILKINS YOUNG &
YAGERMAN, P.C.
Attorneys for Defendant
ARCH INSURANCE COMPANY, a Missouri
Corporation
111 John Street, 20th Floor
New York, New York 10038-3198
(212) 964-7400
Our File No. ARCH-00373/JMS

JMS/dln